UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MARIA GUAMAN, *individually and on behalf of others similarly situated,*

                     *Plaintiff,*

-against-

CO-CO NAILS BREWSTER, INC. (D/B/A COCO NAIL & SPA), KEVIN LEE A/K/A/ NEUNG LEE, JOY LEE A/K/A OI SOOK LEE, and KIM DOE A/K/A SHIN KIM

                     *Defendants*

------------------------------------------------------X

Case 7:21-cv-00133-CS

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:    **Hong Keun Jung**
        Jung & Associates
        470 Park Avenue South, Ste. 7 North
        New York, NY 10016
        (212) 481-0800
        Fax: (212)-481-0820
        Email: hjung@crystallaw.com
        *Attorneys for Defendants*

      PLEASE TAKE NOTICE that Plaintiff, MARIA GUAMAN, hereby accepts the offer of judgment made by, CO-CO NAILS BREWSTER, INC. (D/B/A COCO NAIL & SPA), KEVIN LEE A/K/A/ NEUNG LEE, JOY LEE A/K/A OI SOOK LEE, and KIM DOE A/K/A SHIN KIM, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated May 9, 2022. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       May 10, 2022

                                                        Respectfully submitted,

                                                        _____
                                                        Bryan D. Robinson, Esq.
                                                       CSM Legal, P.C.
                                                       60 East 42nd Street.
                                                       Suite 4510
                                                       New York, NY 10165
                                                       Email: bryan@csm-legal.com
                                                       *Attorneys for Plaintiff*