**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MARIA GUAMAN, *individually and on behalf of others similarly situated,*

            *Plaintiff*,

-against-

CO-CO NAILS BREWSTER, INC. (D/B/A COCO NAIL & SPA), KEVIN LEE A/K/A/ NEUNG LEE, JOY LEE A/K/A OI SOOK LEE, and KIM DOE A/K/A SHIN KIM

            *Defendants*

-------------------------------------------------------X

Case: 7:21-cv-00133-CS

**JUDGMENT**

On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, MARIA GUAMAN have judgment against Defendants CO-CO NAILS BREWSTER, INC. (D/B/A COCO NAIL & SPA), KEVIN LEE A/K/A/ NEUNG LEE, JOY LEE A/K/A OI SOOK LEE, and KIM DOE A/K/A SHIN KIM (collectively "Defendants"), jointly and severally, in the amount of $35,000.00 (Thirty Five Thousand Dollars and No Cents) which is inclusive of interest, attorneys' fees and costs.

Dated: _____, 20\_\_

            SO ORDERED,

            _____
            Hon. Cathy Seibel
            United States District Judge