UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA GUAMAN, *individually and on behalf of others similarly situated*,

Plaintiff,

CO-CO NAILS BREWSTER, INC. (D/B/A COCO NAIL & SPA), KEVIN LEE A.K.A. NEUNG LEE, JOY LEE A/K/A OI SOOK LEE and KIM DOE (AKA SHIN KIM),

Defendants.

7:21-cv-00133-CS
SATISFACTION OF JUDGMENT

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

*Whereas,* on May 11, 2022 this Court entered judgment in favor of MARIA GUAMAN, as Plaintiff, and against CO-CO NAILS BREWSTER, INC. (D/B/A COCO NAIL & SPA), KEVIN LEE A.K.A. NEUNG LEE, JOY LEE A/K/A OI SOOK LEE and KIM DOE (AKA SHIN KIM, as Defendants, pursuant to Rule 68 of the Federal Rules of Civil Procedure, for the sum of $35000 (Thirty-Five Thousand Dollars and Zero Cents); and

*Whereas,* the judgment has been fully paid and the sum of $0.00 remains unpaid; and

*Whereas,* it is certified that there are no outstanding executions with any Sheriff or Marshall within the State of New York,

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of satisfaction on the docket of said judgement.

Dated: New York, New York
June 8, 2022

*[signature]*
Catalina Sojo, Esq.
CSM LEGAL, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
Telephone: (212) 317-1200
*Attorneys for Plaintiff*

Sworn to before me on this

June 8th, 2022

*[signature]*
Notary Public

MICHELLE MENA
Notary Public - State of New York
No. 01ME6420748
Qualified in Bronx County
My Comm. Expires Aug. 16, 2025